UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE DAVIS-MURRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 23-cv-01816-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

    Plaintiff Blake Davis-Murray has not complied with my instructions to file an amended complaint by July 15, 2024.  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with my Order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

    Because this dismissal is without prejudice, Davis-Murray may move to reopen.  Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain an amended complaint on this Court's form.

    The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 6, 2024

_____
WILLIAM H. ORRICK
United States District Judge